### SCHRAMM v. INTERURBAN ST. RY. CO.

(Supreme Court, Appellate Term.   November 24, 1905.)

DAMAGES—PERSONAL INJURIES—EVIDENCE.

In an action for injuries, the admission over objection of evidence of business profits, not mentioned in the bill of particulars, of payments to a physician not called, and the value of whose services were not shown, and as to other outlays not proven material, requires a reversal of a judgment for plaintiff.

[Ed. Note.—For cases in point, see vol. 15, Cent. Dig. Damages, §§ 441, 443, 445.]

Appeal from City Court of New York.

Action by Charles Schramm against the Interurban Street Railway Company. From a judgment for plaintiff, defendant appeals. Reversed.

Argued before SCOTT, P. J., and GILDERSLEEVE and MacLEAN, JJ.

Bayard H. Ames, Frank H. Richmond, & F. Angelo Gaynor, for appellant.
J. Wilkenfeld, for respondent.

PER CURIAM. Outside the questions whether the testimony of the plaintiff and a wayfarer countervailed that of the conductor, the motorman, and a foot passenger as to negligence, contributory negligence, and the absence of either or all, the reception against objection and exception of evidence of business profits called earn-

ings, of many plaints not mentioned in the bill of particulars, of substantial payments to a physician not called and the value of whose services was not shown, and as to other outlays not proven material, require reversal.

Judgment reversed, and a new trial ordered, with costs to the appellant to abide the event.